# EXHIBIT LIST

| | | |
|---|---|---|
| Exhibit A | - | Lease Agreement |
| Exhibit B | - | Recertification Notices |
| Exhibit C | - | May 30, 2006 Notice re Renewal of Lease |
| Exhibit D | - | Notice of Pre-Move Out Inspection |
| Exhibit E | - | Trespass Notice |
| Exhibit F | - | 3-Bedroom Vacancy Report |
| Exhibit G | - | Characteristics of Tenant Households (Sibley Cove) |
| Exhibit H | - | Paragon Property's Response to HUD Complaint |
| Exhibit I | - | Affidavit of Dave Wiesner to Dept. of Housing & Urban Development |
| Exhibit J | - | Resident Handbook for Sibley Cove |
| Exhibit K | - | Sibley Cove Management Plan |
| Exhibit L | - | Deposition Transcript of William Vaughn |
| Exhibit M | - | Deposition Transcript of Dave Wiesner |
| Exhibit N-1 | - | Deposition Transcript of Laura Casey Singleton (Part 1, pages 1 to 21) |
| Exhibit N-2 | - | Deposition Transcript of Laura Casey Singleton (Part 2, pages 22 to 42) |
| Exhibit O-1 | - | Deposition Transcript of Bobby Jo Williams (Part 1, pages 1 to 20) |
| Exhibit O-2 | - | Deposition Transcript of Bobby Jo Williams (Part 2, pages 21 to 28) |
| Exhibit P | - | Deposition Transcript of Matt Delander |
| Exhibit Q | - | Deposition Transcript of Mavis Y. Staples |